IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ANTONIO JUAN GIDDENS,                    :

       Plaintiff,                              :

vs.                                      :    CIVIL ACTION 16-00398-WS-N

WANDA LIGHTNER, et al,                   :

       Defendant.                              :


JUDGMENT


It is ORDERED, ADJUDGED, and DECREED that this action be and is hereby

DISMISSED without prejudice.

DONE this 21st day of November, 2016.



s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE